FILED
September 28, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_J. Barker\_\_\_\_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>RIGO RUBEN SANCHEZ-RAMIREZ<br><br>Defendant | INDICTMENT   7:22-cr-00204<br><br>COUNT 1: 18 U.S.C. § 922(g)(1) - Possession of a Firearm by a Convicted Felon |
|---|---|

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. § § 922(g)(1) and 924(a)(8)]**

On or about September 14, 2022, in the Western District of Texas, Defendant,

**RIGO RUBEN SANCHEZ-RAMIREZ,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one did knowingly possess a firearm, to wit: a .9mm semi automatic pistol, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL

Original Signed by the
Foreperson of the Grand Jury

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: /s/ B. Young For
Monica L. Daniels
Assistant United States Attorney

1